In the Matter of Liquidation of UNION INDEMNITY INSURANCE COMPANY OF NEW YORK. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Respondent; ROBERT A. SPIRA, Appellant.

Submitted March 15, 2010; decided May 4, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

DAVID WADLER, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted March 15, 2010; decided May 4, 2010

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 14 NY3d 192 (2010)].

Chief Judge LIPPMAN taking no part.

In the Matter of the Estate of LOUISE WRIGHT, Claimant.

LEON WRIGHT, Appellant, v CITY OF ROCHESTER et al., Respondents, et al., Defendants.

Submitted March 15, 2010; decided May 4, 2010

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed the appeal from the order of Supreme Court dismissing the complaint, denied; motion, insofar as it seeks leave to appeal from the remainder of the Appellate Division order, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.